# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**SHARON K. DEVANEY,**

     Plaintiff,

                                         **CASE NO.    3:10-CV-426**

**-vs-**

                                         **District Judge Timothy S. Black**
                                         **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

     Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTED** the Report and Recommendations of the Magistrate Judge in its entirety (Doc. 11); **OVERRULED** Plaintiff's Objections (Doc. 12); **AFFIRMED** the Commissioner's Decision that Plaintiff was not disabled; and **TERMINATED** this case.

Date:  November 10, 2011                    **JAMES BONINI, CLERK**

                                             By: s/ M. Rogers
                                           Deputy Clerk