# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**SHARON K. DEVANEY,**

   Plaintiff,

                         **CASE NO.    3:10-CV-426**

**-vs-**

                         **District Judge Timothy S. Black**
                         **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTED** the Report and Recommendations of the Magistrate Judge in its entirety (Doc. 11); **OVERRULED** Plaintiff's Objections (Doc. 12); **AFFIRMED** the Commissioner's Decision that Plaintiff was not disabled; and **TERMINATED** this case.

Date:  November 10, 2011                        **JAMES BONINI, CLERK**

                                                       By: <u>s/ M. Rogers</u>
                                                         Deputy Clerk